JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WINKLER, RECEIVER,<br><br>Plaintiff,<br><br>v.<br><br>915 ELM AVENUE CVL, LLC,<br><br>Defendant. | Case No. 2:21-cv-00869-FMO-AFM<br><br>Judge Hon. Fernando M. Olguin<br><br>ORDER ON JOINT STIPULATION REGARDING DISMISSAL OF ACTION, WITH PREJUDICE |

**<u>ORDER</u>**

This Court, having considered the Joint Stipulation Regarding Dismissal of Action, With Prejudice (the "Joint Stipulation") made by and between Plaintiff Geoff Winkler (the "Receiver"), the Court-appointed permanent receiver for Essex Capital Corporation and its subsidiaries and affiliates, and Defendant 915 Elm Avenue CVL, LLC (collectively, with the Receiver, the "Parties"), and good cause appearing therefor, ORDERS as follows:

1. The Joint Stipulation is granted;

2. The above-entitled action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii); and

3. The Parties shall bear their own respective attorneys' fees and expenses incurred in the above-entitled action.

**SO ORDERED.**

Dated: <u>October 4, 2022</u>

/s/
Hon. Fernando M. Olguin
Judge, United States District Court